IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 1:14-CV-24587-UU
CASE NO: 1:14-CV-24591-UU

Caribbean Gardens Condo.
Association, Inc.,

    Plaintiff,

v.

QBE Specialty Insurance CO.,

    Defendant.

_____/

MEDIATOR'S REPORT

Mediator, John S. Freud, files this Mediator's Report, and states:

1.    The parties and/or their respective counsel and/or representative(s), attended mediation on 8/28/2015.

2.    The above matter settled.

3.    All matters discussed at the mediation shall remain privileged and confidential, unless otherwise agreed by all parties. The Court shall retain jurisdiction concerning the Mediation process and/or Mediation fees and costs.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically served on the 28th day of August, 2015, upon counsel of record.

MEDIATION SOLUTIONS, INC.
Museum Tower, Suite 2700
150 West Flagler Street
Miami, FL 33130
Telephone: (305) 371-9120
Facsimile: (305) 371-9197
Cell: (305) 725-0827
Jfreud@msolinc.net

By: /s/ John S. Freud
    JOHN S. FREUD - Mediator
    FL BAR NO. 328308

10600-145/jsf