UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:14-cv-24587-UU

CARIBBEAN GARDENS CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

v.

QBE SPECIALTY INSURANCE COMPANY,

    Defendant.
_____/

Case No.: 1:14-cv-24591-UU

CARIBBEAN GARDENS CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

v.

QBE SPECIALTY INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF COURT PRACTICE UPON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court upon information that this matter has been settled.

THE PARTIES are hereby notified that all papers related to the settlement reached by the parties, including any order of dismissal stating specific terms and conditions, must be received by this Court by **September 25, 2015**.  If such papers are not filed by this deadline, this matter will be DISMISSED without further notice.  Within sixty days of such an order of dismissal, either party may petition the court to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of August, 2015.

                                                                           */s/ Ursula Ungaro*
                                                            URSULA UNGARO
                                                            UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record